

# NUMBER 13-17-00461-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GRETCHEN FRUMESS,                                     **Appellant,**

**v.**

LYNN TRABING AND ANITA CROFT,                  **Appellees.**

## On appeal from the County Court at Law No. 6 of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Longoria, and Hinojosa**
**Memorandum Opinion by Justice Rodriguez**

This case is before the Court on appellant's unopposed motion to dismiss the appeal. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to dismiss the appeal without judgment and remand this case to the trial court for rendition of a judgment in accordance with the agreement of the parties.

The Court has considered the motion and it is the Court's opinion that the motion should be granted in part and denied in part.[1] Appellant's motion to set aside and remand is GRANTED. Accordingly, we set aside the trial court's judgment without regard to the merits, and REMAND this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

NELDA V. RODRIGUEZ
Justice

Delivered and filed the 18th
day of January, 2018.

---

[1] Texas Rule of Appellate Procedure 42.1(a) permits the appellate court to dispose of an appeal in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. *See* TEX. R. APP. P. 42.1(a). This motion requests dismissal of the appeal and remand for entry of further orders by the trial court in accordance with the settlement. While this Court may dismiss an appeal pursuant to an agreement by the parties, we are not permitted to dismiss and remand for further proceedings. *See id.*, 42.1(a)(2)(B).

2